UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* ▬▬▬▬▬ <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY & COMPANY, <br><br> Defendant. | Civil Action No. 3:12-2011-CMC <br><br> **FILED UNDER SEAL** |

## PLAINITFF'S NOTICE OF UNOPPOSEDVOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff/Relator ▬▬▬▬▬ voluntarily dismisses the above captioned action without prejudice to the government.

Pursuant to 31 U.S.C. § 3730(b)(3), Defendant has not been served with the Complaint, which was filed under seal as required by 31 U.S.C. § 3730(b)(2). Defendant thus has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court. Plaintiff/Realtor ▬▬▬ is informed that the United States consents to this dismissal.

1

Jan. 2, 2013                              s/John S. Simmons
                                          John S. Simmons (FED ID # 5000)
                                          Simmons Law Firm, LLC
                                          Columbia, SC 29201
                                          Telephone: 803-779-4600
                                          Facsimile: 803-254-8874
                                          jsimmons@simmonslawfirm.com

                                          s/Jenny A. Horne
                                          Jenny A. Horne (FED ID # 7048)
                                          Jenny A. Horne, Attorney at Law, LLC
                                          107 South Main St.
                                          Summerville, SC 29483
                                          Telephone: 843-873-1721
                                          jenny@jennyhornelaw.com


                                          Attorneys for the Plaintiff Relator